E-FILED 7/15/16
JS-6

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| FORTUNE FARM, INC., a corporation,<br><br>            Plaintiff,<br>  v.<br><br>SOUTHERN CALIFORNIA PRODUCE, INC. , a corporation; PAUL TSAN LEE aka PAUL TSAN aka PAUL LEE, an individual; STEPHANIE TANG aka STEPHANIE TSAN aka STEPHANIE LEE, an individual,<br><br>            Defendants. | CASE NO. 2:16-cv-03027-PSG-JEM<br><br>*District Judge Philip S. Gutierrez*<br><br>**[~~PROPOSED~~] JUDGMENT AGAINST DEFENDANTS** |

      Having read and considered Plaintiff FORTUNE FARM, INC.'s motion for default judgment against Defendants SOUTHERN CALIFORNIA PRODUCE, INC. ("SCP"), a corporation; PAUL TSAN LEE aka PAUL TSAN aka PAUL LEE, an individual ("Tsan"); STEPHANIE TANG aka STEPHANIE TSAN aka STEPHANIE LEE, an individual ("Tang") (collectively "Defendants"), and all supporting pleadings and exhibits submitted therewith and other pleadings and exhibits already on file with this court, and good cause appearing therefor,

      IT IS HEREBY ADJUDGED that after applying sums collected by Plaintiff toward satisfaction of the debt owed from Defendants to Plaintiff, Plaintiff is entitled to immediate entry of default judgment against Defendants, as follows, all of which

qualifies for trust protection under the trust provisions of Perishable Agricultural Commodities Act ("PACA") [7 U.S.C. §499e, *et seq.*]:

  (i) Principal in the amount of $43,172.50;

  (ii) Pre-judgment interest through  July   15 , 2016 in the amount of $_____;

  (iii) Cost of suit in the amount of $400.00;

  (iv) Attorney's fees of $10,638.97; and

  (i) Post-judgment interest charge at the rate of 18% per annum.

IT IS HEREBY ADJUDGED that this judgment is entered pursuant to Fed.R.Civ.P. Rule 54(b) and 55(b)(2).

IT IS SO ORDERED.

The Clerk shall enter judgment forthwith.

DATED: 7/15/ _____, 2016

            HON. PHILIP S. GUTIERREZ
            U.S. DISTRICT COURT JUDGE